**IN THE UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **IN RE: Ricardo Rene Arzamendi Sr.** | § | **CASE NO. 17-50080** |
|     **San Juanita Araceli Arzamendi** | § | |
| | § | **CHAPTER 7** |

**DEBTOR'S CERTIFICATION**
**REGARDING NECESSITY OF FILING PAYMENT ADVICES**

My name is, Ricardo Rene Arzamendi Sr. and wife, San Juanita Araceli Arzamendi. We are the debtors in this bankruptcy case. We declare that we did not receive any payment advices or other evidence of payment from any employer during the 60 days before the date of the filing of the bankruptcy petition.

Joint Debtor's income consists of cash basis

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on April 18, 2017


/s/ Ricardo Rene Arzamendi Sr.
Signature of Debtor


/s/ San Juanita Araceli Arzamendi
Signature of Joint Debtor