| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R1 / PMB 20073819 | 01/100000 | 2707 | 1 of 1 |

Trevino Valls & Haynes LLP
6909 Springfield Ste 200
Laredo, TX 78041

# Earnings Statement

Period Starting: 03/10/2017
Period Ending: 03/23/2017
Pay Date: 03/24/2017

Taxable Marital Status:   Married
Exemptions/Allowances:         Tax Override:
  Federal:  0                     Federal:
  State:    0                     State:
  Local:    0                     Local:
Social Security Number:        XXX-XX-XXXX

Ricardo R Arzamendi
9625 Partridge Lp
Laredo, TX 78045

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 64.68 | 711.48 | 4984.76 |
| Overtime | 16.5000 | 1.25 | 20.63 | 225.41 |
| Personal | 11.0000 | 16.00 | 176.00 | 352.00 |
| Gross Pay | | | $908.11 | $5,562.17 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -57.54 | 351.69 |
| Social Security | -56.30 | 344.85 |
| Medicare | -13.17 | 80.65 |
| Net Pay | $781.10 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 120.00 |
| - Taken Hours | 16.00 | 32.00 |
| - Balance | | 88.00 |
| Total Hours Worked | 65.93 | 466.82 |

Your federal taxable wages this period are $908.11

▼ TEAR HERE

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R1 / PMB 20073819 | 01/100000 | 2695 | 1 of 1 |

Trevino Valls & Haynes LLP
6909 Springfield Ste 200
Laredo, TX 78041

# Earnings Statement

Period Starting: 02/24/2017
Period Ending: 03/09/2017
Pay Date: 03/09/2017

Taxable Marital Status: Married
Exemptions/Allowances:   Tax Override:
  Federal: 0   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Ricardo R Arzamendi
9625 Partridge Lp
Laredo, TX 78045

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 80.00 | 880.00 | 4273.28 |
| Overtime | 16.5000 | 3.23 | 53.30 | 204.78 |
| Personal |  |  | 0.00 | 176.00 |
| **Gross Pay** |  |  | **$933.30** | **$4,654.06** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal |  |  |
|   - Carry Over |  | 0.00 |
|   - Accrued Hours | 0.00 | 120.00 |
|   - Taken Hours | 0.00 | 16.00 |
|   - Balance |  | 104.00 |
| Total Hours Worked | 83.23 | 400.89 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -60.06 | 294.15 |
| Social Security | -57.86 | 288.55 |
| Medicare | -13.53 | 67.48 |
| **Net Pay** | **$801.85** |  |

Your federal taxable wages this period are $933.30

▼ TEAR HERE

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R1 / PMB 20073819 | 01/100000 | 2682 | 1 of 1 |

Trevino Valls & Haynes LLP
6909 Springfield Ste 200
Laredo, TX 78041

# Earnings Statement

Period Starting:   02/10/2017
Period Ending:    02/23/2017
Pay Date:         02/24/2017

Taxable Marital Status:     Married
Exemptions/Allowances:      Tax Override:
  Federal:   0          Federal:
  State:     0          State:
  Local:     0          Local:
Social Security Number:     XXX-XX-XXXX

Ricardo R Arzamendi
9625 Partridge Lp
Laredo, TX 78045

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 80.00 | 880.00 | 3393.28 |
| Overtime | 16.5000 | 3.28 | 54.12 | 151.48 |
| Personal | | | 0.00 | 176.00 |
| **Gross Pay** | | | **$934.12** | **$3,720.76** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -60.14 | 234.09 |
| Social Security | -57.92 | 230.69 |
| Medicare | -13.54 | 53.95 |
| **Net Pay** | **$802.52** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 120.00 |
| - Taken Hours | 0.00 | 16.00 |
| - Balance | | 104.00 |
| Total Hours Worked | 83.28 | 317.66 |

Your federal taxable wages this period are $934.12

▼ TEAR HERE

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R1 / PMB 20073819 | 01/100000 | 2669 | 1 of 1 |

Trevino Valls & Haynes LLP
6909 Springfield Ste 200
Laredo, TX 78041

# Earnings Statement

Period Starting:  01/27/2017
Period Ending:    02/09/2017
Pay Date:         02/10/2017

Taxable Marital Status:   Married
Exemptions/Allowances:    Tax Override:
  Federal:  0           Federal:
  State:    0           State:
  Local:    0           Local:
Social Security Number:   XXX-XX-XXXX

Ricardo R Arzamendi
9625 Partridge Lp
Laredo, TX 78045

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 75.03 | 825.33 | 2513.28 |
| Overtime | 16.5000 | 1.43 | 23.60 | 97.36 |
| Personal | 11.0000 | 8.00 | 88.00 | 176.00 |
| **Gross Pay** | | | **$936.93** | **$2,786.64** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal | | |
| - Carry Over | | 0.00 |
| - Accrued Hours | 0.00 | 120.00 |
| - Taken Hours | 8.00 | 16.00 |
| - Balance | | 104.00 |
| Total Hours Worked | 76.46 | 234.38 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -60.42 | 173.95 |
| Social Security | -58.09 | 172.77 |
| Medicare | -13.59 | 40.41 |
| **Net Pay** | **$804.83** | |

Your federal taxable wages this period are $936.93

▼ TEAR HERE

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R1 / PMB 20073819 | 01/100000 | 2661 | 1 of 1 |

Trevino Valls & Haynes LLP
6909 Springfield Ste 200
Laredo, TX 78041

# Earnings Statement

Period Starting: 01/13/2017
Period Ending: 01/26/2017
Pay Date: 02/08/2017

Taxable Marital Status:   Married
Exemptions/Allowances:    Tax Override:
  Federal: 0         Federal:
  State: 0           State:
  Local: 0           Local:
Social Security Number:   XXX-XX-XXXX

Ricardo R Arzamendi
9625 Partridge Lp
Laredo, TX 78045

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  |  | 0.00 | 1687.95 |
| Overtime | 16.5000 | 2.97 | 49.01 | 73.76 |
| Personal |  |  | 0.00 | 88.00 |
| Gross Pay |  |  | $49.01 | $1,849.71 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 113.53 |
| Social Security | -3.04 | 114.68 |
| Medicare | -0.71 | 26.82 |
| Net Pay | $45.26 |  |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Personal |  |  |
|  - Carry Over |  | 0.00 |
|  - Accrued Hours | 0.00 | 120.00 |
|  - Taken Hours | 0.00 | 8.00 |
|  - Balance |  | 112.00 |
| Total Hours Worked | 2.97 | 157.92 |

Your federal taxable wages this period are $49.01

▼ TEAR HERE